**Order filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01048-CR
_____

### EX PARTE ALEX PEREZ

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 773315-A**

## C O R R E C T E D   O R D E R

The clerk's record in this appeal was filed November 25, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a signed, written order denying appellant's application for writ of habeas corpus.

A signed, written order is required for this court to obtain jurisdiction. *See State v. Cox*, 235 S.W.3d 283, 285 (Tex. App.—Fort Worth 2007, no pet.). Docket entries may not take the place of a separate order and a judge's oral pronouncement is not appealable until a written order is signed. *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Forth Worth 1996, no pet.) (citing *State v. Kibler*,

874 S.W.2d 330, 332 (Tex. App.—Forth Worth 1994, no pet.)). The appeal is subject to dismissal unless the record is supplemented with a signed, written order.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 26, 2014**, containing an order signed on or about October 31, 2013, denying appellant's application for writ of habeas corpus.

**If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.**

PER CURIAM